# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** --- Short Form |
| v. | CASE NUMBER: 06-MJ-00117-DLW |
| JACK K. ARNOLD | PRO SE <br> (Defendant's Attorney) |
| | WALLACE KLEINDIENST <br> (Assistant United States Attorney) |

**THE DEFENDANT:** Was found guilty on count(s) 1.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. 551 AND 36 C.F.R. 261.50 & 261.54(a) | Operate Off-Highway Vehicle On National Forest System Road Without Proper Registration in Violation of Forest Service Special Order SJ-04-01 | October 22, 2005 | 1 |

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court as follows:

The Defendant has been ordered to appear before the Court on May 9, 2006 at 10:30 a.m. at which time he shall make the following payments:

| | **Assessment** | **Fine** |
|---|---|---|
| **Totals:** | $10.00 | $50.00 |
| | $25.00 Processing Fee | |

Defendant's Soc. Sec. Number: **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**

Defendant's Date of Birth: **06/21/66**

Defendant's USM No.: **Unknown**

Defendant's Residence Address:
   **233 Highway 511**
   **Blanco, New Mexico 87412**

Defendant's Mailing Address:
   **SAME**

April 11, 2006
Date of Imposition of Judgment

**s/David L. West**
Signature of Judicial Officer

David L. West,
United States Magistrate Judge

April 11, 2006

Date