**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No. 06-MJ-00117-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. JACK K. ARNOLD,**

**Defendant.**

---

## ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

On April 11, 2006 the above-named Defendant was ordered to appear in Court on May 9, 2006 at 10:30 a.m. to pay his fine and costs. The Defendant failed to appear and a warrant was issued for his arrest. Subsequently the Defendant was arrested on State charges and the warrant in this matter came to light. The Defendant was then detained at the La Plata County Jail and scheduled to appear before this Court on May 15, 2006 at 3:00 p.m.

On the morning of May 15, 2006 the Court received a check in the mail from a Marcia Arnold for payment of Mr. Arnold's fine and costs which was sent to the Court by certified mail with the first notice of delivery being issued by the Post Office on Saturday, May 13, 2006, therefore;

**IT IS HEREBY ORDERED** that the Defendant shall be released from custody and the warrant for his arrest for failure to appear is Court is quashed.

**DATED: May 15, 2006**

        **BY THE COURT:**

        **s/David L. West**
        **United States Magistrate Judge**